IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN SCOTT HOVARTER,                           No. 2:11-cv-3442-CMK-P

      Plaintiff,

  vs.                                                           ORDER

GODWIN UGWUEZE, et al.,

      Defendants.

_____ /

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice, without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to close this file.

      IT IS SO ORDERED.

DATED: August 23, 2012

                                                                                                                                              /s/ Craig M. Kellison
                                                                                  **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE